IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 19 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
AUG 20 2004

| | |
|---|---|
| ROGER FAIRLEY and RICHARD GACKOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 03 C 5207 |
| v. ) | |
| ) | |
| SUPT. DENNIS ANDREWS, et al., ) | Judge Ruben Castillo |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:  John T. Roache                          Daniel P. Duffy
     Bell, Boyd & Lloyd                       Duffy & Mundo, P.C.
     Three First National Plaza, Suite 3300   208 West Washington Street, Suite 512
     Chicago, IL 60602                        Chicago, IL 60606

     Matthew Walsh III                        Jeffrey S. McCutchan
     Hinshaw & Culbertson                     Assistant State's Attorney
     222 North LaSalle Street, Suite 300      Special Projects and Assignments
     Chicago, IL 60601                        District 1 Office of the Cook County State's
                                                 Attorney's Office
                                              500 Richard J. Daley Center
                                              Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Tuesday, August 24, 2004, at 9:45 a.m.**, the parties shall appear before the Honorable Judge Ruben Castillo in Room 2319 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE MORE THAN TEN WITNESSES**, a true and correct copy of which is attached hereto and served upon you herewith.

The undersigned certifies that he caused a true and correct copy of this notice and pleading to be served by hand delivery to counsel identified above this 19th day of August 2004.

One of the Attorneys for Plaintiff

Matthew J. Piers
Mary M. Rowland
José J. Behar
Juliet Berger-White
**GESSLER HUGHES SOCOL PIERS RESNICK & DYM, LTD.**
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602
(312)580-0100

S:\WD\LIT\5402\14369\00043717.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROGER FAIRLEY and RICHARD GACKOWSKI, )
)
Plaintiffs, )
) No. 03 C 5207
v. )
)
SUPT. DENNIS ANDREWS, et al., ) Judge Ruben Castillo
)
Defendants. )

**PLAINTIFFS' MOTION FOR LEAVE TO
DEPOSE MORE THAN TEN WITNESSES**

Plaintiffs, by their attorneys, hereby request this Court, pursuant to this Court's standing order and Rule 30(a)(2)(A) of the Federal Rules of Civil Procedure, for leave to depose more than ten (10) witnesses. In support of this motion, plaintiffs state as follows:

1. This Court's standing order requires that "[d]iscovery requests and notices shall not be sent out without prior Court approval unless an emergency exists."

2. This case, which involves two plaintiffs and twelve defendants, is extremely fact-intensive. The allegations of harassment span over two years and concern almost countless incidents involving numerous defendants. Further, plaintiff Fairley experienced different forms of harassment at different times than plaintiff Gackowski.

3. Plaintiffs have identified approximately thirty-five (35) witnesses to be deposed and have requested defense counsel to waive the ten-witness limit in Rule 30. Defendants have taken that request under consideration. Plaintiffs' counsel has previously informed the Court that there may be up to forty (40) depositions necessary in this case.

4. On August 17, 2004, defendants Andrews, Loizon, Fermaint, Bercasio, Coffee,

Prohaska and Ochoa served plaintiffs with their Amended Answers to Plaintiffs' First Set of Interrogatories, in which they identify one hundred fourteen (114) individuals with knowledge of the facts alleged in the Complaint and defenses thereto.

5. On August 17, 2004, plaintiffs served defendants with a Notice of Deposition for thirty-three (33) witnesses, including eleven (11) of the twelve (12) defendants. *See* Attachment A, hereto. In light of the aforementioned defendants' answers to interrogatories, more depositions may be necessary.

WHEREFORE, plaintiffs respectfully request that the Court grant them leave to depose more than ten (10) witnesses and allow them to proceed with the thirty-three (33) depositions already noticed.

Dated: August 19, 2004      Respectfully submitted,

_____
One of the Attorneys for Plaintiffs

Matthew J. Piers
Mary M. Rowland
José J. Behar
Juliet Berger-White
**GESSLER HUGHES SOCOL PIERS RESNICK & DYM, LTD.**
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100

S:\WD\LIT\5402\14369\00043630.WPD

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROGER FAIRLEY and RICHARD GACKOWSKI, )
)
          Plaintiff, )
)
                              ) No. 03 C 5207
v.                           )
)
SUPT. DENNIS ANDREWS, et al.,      ) Judge Ruben Castillo
)
         Defendants. )

### NOTICE OF DEPOSITION AND CERTIFICATE OF SERVICE

TO:   Michael J. Hayes                      Daniel P. Duffy
       Bell, Boyd & Lloyd                  Duffy & Mundo, P.C.
       Three First National Plaza, Suite 3300   208 West Washington Street, Suite 512
       Chicago, IL 60602                 Chicago, IL 60606

       Matthew Walsh III                Jeffrey S. McCutchan
       Hinshaw & Culbertson             Assistant State's Attorney
       222 North LaSalle Street, Suite 300     Special Projects and Assignments
       Chicago, IL 60601                 District 1 Office of the Cook County State's
                                                           Attorney's Office
                                                           500 Richard J. Daley Center
                                                           Chicago, IL 60602

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of the following persons before a certified court reporter at Gessler Hughes Socol Piers Resnick & Dym, Ltd., Three First National Plaza, 70 West Madison Street, Suite 4000, Chicago, Illinois 60602, date, and time specified below. The deposition will continue from day to day until completed.

| DEPONENT | DATE | TIME |
|---|---|---|
| **Frank Butler** | Wednesday, August 18, 2004 | **9:00 a.m.** |
| **James Morgan** | Wednesday, August 18, 2004 | **1:00 p.m.** |
| **Ofc. Lader** | Thursday, August 19, 2004 | **9:00 a.m.** |
| **Angel Stead** | Thursday, August 19, 2004 | **1:00 p.m.** |
| **Ofc. Fernando Dominguez** | Friday, August 20, 2004 | **1:00 p.m.** |
| **Michael Jardine** | Monday, August 23, 2004 | **10:00 a.m.** |



EXHIBIT A

| Name | Date | Time |
|---|---|---|
| **Joe Stroter** | Tuesday, August 24, 2004 | **9:00 a.m.** |
| **James Lopez** | Tuesday, August 24, 2004 | **11:30 a.m.** |
| **Inv. Rentus** | Tuesday, August 24, 2004 | **2:30 p.m.** |
| **Capt. Darcy** | Thursday, August 26, 2004 | **10:00 a.m.** |
| **Robert Heidorn** | Friday, August 27, 2004 | **10:00 a.m.** |
| **Ronald Prohaska** | Monday, August 30, 2004 | **10:00 a.m.** |
| **Fred Coffey** | Tuesday, August 31, 2004 | **10:00 a.m.** |
| **Nelson Villanueva** | Tuesday, September 7, 2004 | **10:00 a.m.** |
| **Gregory Ernst** | Wednesday, September 8, 2004 | **10:00 a.m.** |
| **Frank Diaz** | Thursday, September 9, 2004 | **10:00 a.m.** |
| **Tim Kaufman** | Friday, September 10, 2004 | **10:00 a.m.** |
| **Saul Weinstein** | Monday, September 13, 2004 | **10:00 a.m.** |
| **Edward Byrne** | Tuesday, September 14, 2004 | **10:00 a.m.** |
| **Dennis Andrews** | Wednesday, September 15, 2004 | **10:00 a.m.** |
| **Patrick Loizon** | Thursday, September 16, 2004 | **10:00 a.m.** |
| **Gabriel Ochoa** | Monday, September 20, 2004 | **10:00 a.m.** |
| **Robert Adorjan** | Tuesday, September 21, 2004 | **10:00 am.** |
| **Victor Rojo** | Tuesday, September 21, 2004 | **2:00 p.m.** |
| **Cortez Brown** | Wednesday, September 22, 2004 | **10:00 a.m.** |
| **Maurice Brown** | Wednesday, September 22, 2004 | **2:00 p.m.** |
| **Alfred Galvez** | Thursday, September 23, 2004 | **10:00 a.m.** |
| **Edward Tessner** | Monday, September 27, 2004 | **10:00 a.m.** |
| **Rochelle Parker** | Tuesday, September 28, 2004 | **10:00 a.m.** |
| **Ofc. Reese** | Tuesday, September 28, 2004 | **1:00 p.m.** |
| **Elliott Taylor** | Tuesday, September 28, 2004 | **3:00 p.m.** |
| **Evan Fermaint** | Wednesday, September 29, 2004 | **10:00 a.m.** |
| **Norberto Bercasio** | Thursday, September 30, 2004 | **10:00 a.m.** |

I, Matthew J. Piers, one of the attorneys in the foregoing matter, certify that I caused a copy of the attached **Notice of Deposition,** to be served via facsimile and First Class Mail on counsel listed above on August 17, 2004.

_____
One of the Attorneys for Plaintiffs

Matthew J. Piers
Joshua Karsh
José J. Behar
Juliet Berger-White
**GESSLER HUGHES SOCOL PIERS RESNICK & DYM, LTD.**
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602
(312)580-0100