UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
Eastern Division

Roger Fairley, et al.
                    Plaintiff,

v.                                                  Case No.: 1:03−cv−05207
                                                    Hon. Ruben Castillo

Dennis Andrews, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 3, 2005:

MINUTE entry before Judge Ruben Castillo :Plaintiffs' motion to compel production of Pettiford deposition transcripts [219] is voluntarily withdrawn. Plaintiffs' motion to compel depositions of defendants Fermaint and Bercasio and for sanctions [221] is granted. The depositions of defendants Fermaint and Bercasio are to take place before the Field trial begins.Judicial staff mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.