# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Eastern Division

Roger Fairley, et al.

                Plaintiff,

v.                                                  Case No.: 1:03−cv−05207

                                                                  Hon. Ruben Castillo

Dennis Andrews, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2005:

    MINUTE entry before Judge Ruben Castillo : MOTION by Defendants Gregory Ernst, Saul Weinstein, Tim Kaufman, Gabriel Ochoa, Juan Diaz, Michael Sheahan, Cook County, Dennis Andrews, Edward Byrne, Patrick Loizon, Evan Fermaint, Noberto Bercasio, Fred Coffee, Ronald Prohaska for reconsideration of the court's order imposing santions [228] is granted in part and denied in part. The court reduces the award for a total of $2,835.15 in fees and costs is awarded. The award shall be paid in full no later than June 14, 2005. MOTION by Plaintiffs Roger Fairley, Richard Gackowski to compel[230] is denied without prejudice. The Merit Board advises that they will comply by May 27, 2005.No notice, advised in open court(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.