**FILED**

**SEP 2 7 2007  NF**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roger Fairley and Richard Gackowski, ) | |
| ) | |
| Plaintiffs, ) | NOTICE OF APPEAL |
| ) | |
| v. ) | Case No. 03 C 5207 |
| ) | |
| Dennis Andrews; Edward Byrne; Patrick Loizon; ) | Judge Amy J. St. Eve |
| Evan Fermaint; Noberto Bercasio; Fred Coffey; ) | |
| Ronald Prohaska; Gregory Ernst; Saul Weinsten; ) | |
| Tim Kaufmann; Juan Diaz, in their individual ) | |
| capacities;Thomas Dart, in his official capacity; ) | |
| and Cook County, ) | |
| ) | |
| Defendants. ) | |

## DOCKETING STATEMENT

Plaintiffs brought this case pursuant to 42 U.S.C. §1983, alleging that the defendants violated their rights under the First and Fourteenth Amendments. The district court had jurisdiction under 28 U.S.C. §§1331 and 1343(a)(3). The district court entered final judgment on September 26, 2007. Notice of appeal was filed in the district court on September 27, 2007. This court has jurisdiction pursuant to 28 U.S.C. §1291.

During the course of the proceedings, three of the individual defendants, Evan Fermaint, Norberto Bercasio, and Fred Coffey, appealed the district court's denial of qualified immunity. *See Fairley & Gackowski v. Fermaint,* No. 06-2411, 471 F.3d 826 (7th Cir. 2006) (dismissing the appeal for want of jurisdiction); and *Fairley & Gackowski v. Fermaint,* 482 F.3d 897 (7th Cir. 2007) (allowing the appeal and affirming the district court's ruling denying defendants' request for qualified immunity).

Dated: September 27, 2007               Respectfully submitted,

                                        /s/ Matthew J. Piers
                                        One of the Attorneys for Plaintiffs

Matthew J. Piers
**Counsel of Record**

Terence J. Moran
Mary M. Rowland
José J. Behar
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
312-580-0100