# EXHIBIT C

|   | Transcript Date | Vendor Name | # of Page | Invoice Amount |
|---|---|---|---|---|
| 1 | February 24, 2004 | Kathleen Fennell | 4 | 3.32 |
| 2 | September 1, 2004 | Kathleen Fennell | 18 | 14.94 |
| 3 | April 19, 2005 | Kathleen Fennell | 10 | 8.30 |
| 4 | June 21, 2005 | Kathleen Fennell | 5 | 4.15 |
| 5 | June 28, 2005 | Kathleen Fennell | 11 | 9.13 |
| 6 | July 13, 2005 | Kathleen Fennell | 31 | 25.73 |
| 7 | September 7, 2005 | Kathleen Fennell | 18 | 14.94 |
| 8 | October 5, 2005 | Kathleen Fennell | 39 | 32.37 |
| 9 | October 6, 2005 | Kathleen Fennell | 16 | 13.28 |
| 10 | October 11, 2005 | Kathleen Fennell | 23 | 19.09 |
| 11 | October 25, 2005 | Kathleen Fennell | 11 | 9.13 |
| 12 | November 17, 2005 | Kathleen Fennell | 14 | 11.62 |
| 13 | November 9, 2005 | Kathleen Fennell | 19 | 15.77 |
| 14 | January 26, 2006 | Kathleen Fennell | 7 | 5.81 |
| 15 | February 1, 2006 | Kathleen Fennell | 9 | 7.47 |
| 16 | June 14, 2006 (Original at $3.30/page) | Joseph Rickhoff | 27 | 89.10 |
| 17 | June 27, 2007 (Original at $3.30/page) | Joseph Rickhoff | 8 | 26.40 |
| 18 | June 29, 2006 | Joseph Rickhoff | 11 | 9.13 |
| 19 | August 9, 2007 | Joseph Rickhoff | 16 | 13.28 |
| 20 | August 21, 2007 | Joseph Rickhoff | 14 | 11.62 |
| 21 | August 27, 2007 | Joseph Rickhoff | 32 | 26.56 |
|   |   |   |   | 371.14 |

Doc #442896