# EXHIBIT E

# INVOICE

| | |
|---|---|
| **SHIP TO** | JOEL GRISWOLD<br>BELL BOYD & LLOYD<br>70 W. MADISON<br>SUITE 1700<br>CHICAGO IL 60602 |
| **BILL TO** | ATTN.: EILEEN SCHUSTER<br>BELL BOYD & LLOYD<br>70 W. MADISON<br>SUITE 1700<br>CHICAGO IL 60602 |

| CUSTOMER ACCOUNT NUMBER | 362530 |
|---|---|
| INVOICE NUMBER | 63899797 |
| INVOICE DATE | 11/29/04 |

**AMT. ENCLOSED**

PLEASE SEND PAYMENT TO:
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES AND INQUIRIES TO:
PBMS - Chicago
205 NORTH MICHIGAN AVE.
3RD FLOOR
CHICAGO IL 60601

( 729-0701

SPECIAL MESSAGES

**PAYMENT DUE UPON RECEIPT**

PAGE: 1

RETAIN THIS PORTION FOR YOUR RECORDS

| CUSTOMER ACCOUNT | 362530 |
|---|---|
| SALESPERSON NAME | ROBERTSON, COURTNEY-LOVE |
| INVOICE NUMBER | 63899797 |
| INVOICE DATE | 11/29/04 |
| ORDER DATE | 11/23/04 |
| P.O. NUMBER | 0115803-00001 |

| QUANTITY/<br>(ORIGINALS) | # OF<br>COPIES | TOTAL<br>QUANTITY | DESCRIPTION | UNIT<br>PRICE | TOTAL |
|---|---|---|---|---|---|
| 204102.00 | 1 | 204102.00 | LITIGATION LABELS AFFIXED | .0300 | 6,123.06 |
| 145.50 | 1 | 145.50 | HOLIDAY OVERTIME WORKED | 37.5000 | 5,456.25 |
| | | | Subtotal | | 11,579.31 |
| | | | Total Taxes | | |
| | | | Total | | 11,579.31 |

Email: copycenterchicago@BellBoyd.com

Invoices payable upon receipt. Invoices outstanding in excess of 30 days from invoice date are subject to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**