# EXHIBIT H

April 30, 2006

John T. Roache, Esq.
Bell, Boyd & Lloyd
70 West Madison St.
Suite 3100
Chicago, IL 60602-4207

          Re: Fairley v. Andrews
            03-C 5207

Dear Mr. Roache:

The following are my fees and expenses for the month of April in connection with this case.

| | | |
|---|---|---:|
| Fees: | 37 hours @ $200 | $7400.00 |

Expenses: Trip to Chicago for Deposition

April 23rd
| | |
|---|---:|
| Personal auto to airport (40 miles RT) | $16.00 |
| Cab – O'Hare to 70 W. Madison | 41.00 |
| Meals | 46.00 |
| Hotel (receipt attached) | 351.98 |

April 24th
| | |
|---|---:|
| Meals | 24.00 |
| Hotel | 351.98 |

April 25th
| | |
|---|---:|
| Meals | 47.00 |
| Hotel | 351.98 |

April 26th
| | |
|---|---:|
| Cab – Hotel to O'Hare | 39.00 |
| Meals | 9.00 |
| Personal auto to home (40 miles RT) | 16.00 |