EXHIBIT B

PART 1 OF 2

*1-4-06*

# Atkinson·Baker
— Court Reporters —

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

John T. Roache
Bell, Boyd & Lloyd LLP
70 West Madison Street
Suite 3300 - Three First National Plaza
Chicago, IL 60602-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo, dpozo@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Hughes Socol Piers Resnick & Dym, Ltd. |
| Taking Attorney: | Mary M. Rowland |
| Case Name: | Fairley vs Andrews |
| Case No.: | 03 C 5207 |

Description: Certified copy of the reporter's transcript of the deposition of Liutauras Paul Dargis, taken November 16, 2005.

| INVOICE NO. | 9F09AEC AB |
|---|---|
| FIRM NO. | 1162614 |
| INVOICE DATE | 12/07/2005 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 57.00 | $ 2.40 | $ 136.80 |
| Exhibit Copies (pages) | 24.00 | $ .35 | $ 8.40 |
| Condensed Transcript | 1.00 | $ 12.50 | $ 12.50 |
| E-Transcript | 1.00 | $ 12.50 | $ 12.50 |
| Delivery & Handling | 1.00 | $ 25.00 | $ 25.00 |
| | | | |
| PAYMENT | | | - $ 195.20 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

- - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | 9F09AEC AB |
| FIRM NO. | 1162614 |

For: Certified copy of the reporter's transcript of the deposition of Liutauras Paul Dargis, taken November 16, 2005.

From: John T. Roache
Bell, Boyd & Lloyd LLP
70 West Madison Street
Suite 3300 - Three First National Plaza
Chicago, IL 60602-

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, Inc.                         800-288-3376
Court Reporters                              800-925-5910 fax
500 N. Brand Boulevard, Third Floor          www.depo.com
Glendale, CA  91203-4725

                                        Federal ID#: 95-4189037


Invoice To:


Julie Lane                          Your Firm#: 1162614
Bell, Boyd & Lloyd LLP                 Invoice#: 9F09AECAC
70 West Madison Street          Invoice Date: Dec 28, 2005
Suite 3300 - Three First National Plaza    Due Date: On Receipt
Chicago, IL  60602

    Case: Fairley vs Andrews                  #: 03 C 5207

---- Item ---------------------------------------- Amount ---------------

    Electronic transcript of the              $25.00
    deposition of Liutauras Paul
     Dargis, taken November 16, 2005.

    Payment - January 25, 2006               $25.00

    Balance Due . . . . . . . . . . . . . . . . . $    0.00

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602

| Invoice Date | |
|---|---|
| **8/31/2004** | 10/10/200 |
| Invoice Number | |
| **3730** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / CZ / 2549 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of:  Deborah Powell, 112 pp | |
| | Reporter:  Charles R. Zandi | |
| 8/16/2004 | Copy and condensed - regular delivery. | $291.20 |
| | Ascii disk (no charge) | |

#2.60 per page

| | Payments to Date: | $291.20 |
|---|---|---|

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **9/7/2004** | 10/10/200 |

| Invoice Number | |
|---|---|
| **3735** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MN / 2552 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Miriam Rentas, 52 pp | |
| | Reporter:  Maureen K. Nagle | |
| 8/30/2004 | Copy and condensed - regular delivery. | $135.20 |
| | Ascii disk (no charge) | |

*$2.60 per page*

| | Payments to Date: | $135.20 |
|---|---|---|

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **9/8/2004** | 10/10/200 |
| Invoice Number | Page |
| **3737** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / MN / 2553 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Elliott Taylor, Jr., 100 pp | |
| | Reporter:  Maureen Nagle | |
| 8/31/2004 | Copy and condensed - regular delivery. | $260.00 |
| | Ascii disk (no charge) | |
| | | |
| | Payments to Date: | $260.00 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602

| Invoice Date | |
|---|---|
| **9/10/2004** | 10/10/200 |

| Invoice Number | |
|---|---|
| **3742** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / MN / 2555 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of:  Michael J. Darcy, 85 pp | |
| | Reporter:  Maureen Nagle | |
| 8/31/2004 | Copy and condensed - regular delivery. | $221.00 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $221.00 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **9/15/2004** | 10/10/200 |

| Invoice Number | |
|---|---|
| **3748** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MK / 2558 | |
| | ******* Invoice is over 120 days past due!  ******* | |
| | Dep.of:  Angel Stead, 183 pp | |
| | Reporter:  Mary Kelly | |
| 8/27/2004 | Copy and condensed - regular delivery. | $475.80 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $475.80 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **9/23/2004** | 10/10/200 |

| Invoice Number | |
|---|---|
| **3750** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2559 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Investigator Karen Lader, 69 pp<br>Reporter:  Charles R. Zandi | |
| 8/19/2004 | Copy and condensed - regular delivery.<br>Pages 7 through 13 bound as "Confidential"<br>ASCII disk (no charge) | $179.40 |
| | Payments to Date: | $179.40 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **9/23/2004** | 10/10/200 |
| Invoice Number | |
| **3752** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / CZ / 2560 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Frank Butler,143 pp<br>Reporter: Charles R. Zandi | |
| 8/18/2004 | Copy and condensed - regular delivery. | $371.80 |
| | Payments to Date: | $371.80 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **10/8/2004** | 10/10/200 |
| Invoice Number | |
| **3763** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / SR / 2569 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep of:  Jose Carvajal<br>79 pages<br>Reporter:  Susan M. Reed | |
| 9/22/2004 | Copy and condensed - regular delivery. | $205.40 |
| | Payments to Date: | $205.40 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Wallace C. Solberg
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **11/8/2004** | 10/10/200 |
| Invoice Number | Page |
| **3795** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / MM / 2584 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Diahann Goode, 86 pp | |
| | Reporter:  Mary Maslowski | |
| 10/25/2004 | Copy and condensed - regular delivery. | $223.60 |
| | Payments to Date: | $223.60 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Wallace C. Solberg
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602

| Invoice Date | |
|---|---|
| **11/30/2004** | 10/10/200 |
| Invoice Number | Page |
| **3814** | 1  of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MM / 2596 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Officer Teresa A. Reese, 60 pp | |
| | Reporter:  Mary Maslowski | |
| 11/16/2004 | Copy and condensed - regular delivery. | $156.00 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $156.00 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602



| Invoice Date | |
|---|---|
| **12/21/2004** | 10/10/200 |
| Invoice Number | |
| **3826** | Page<br>1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / SR / 2605 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of:  Leroy Martiniak, 103 pp<br>Reporter: Susan Reed | |
| 12/9/2004 | Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $267.80 |
| | Payments to Date: | $267.80 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **12/30/2004** | 10/10/200 |

| Invoice Number | |
|---|---|
| **3828** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2606 | |
| | ******* Invoice is over 120 days past due!   ******** | |
| | Dep.of:  Gregory Ernst, 220 pp<br>Reporter:  Charles R. Zandi | |
| 12/20/2004 | Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $572.00 |
| | Payments to Date: | $572.00 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date | |
|---|---|
| **12/30/2004** | 10/10/200 |
| Invoice Number | Page |
| **3830** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / SR / 2607 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Robert Heidorn, 124 pp | |
| | Reporter:  Susan Reed | |
| 12/14/2004 | Copy and condensed - regular delivery. | $322.40 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $322.40 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Wallace C. Solberg
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **12/30/2004** | 10/10/200 |
| Invoice Number | Page |
| **3834** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MM / 2609 | |
| | ******* Invoice is over 120 days past due!   ******** | |
| | Dep.of:  Craig Bady, 104 pp | |
| | Reporter:  Mary Maslowski | |
| 12/23/2004 | Copy and condensed - regular delivery. | $270.40 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $270.40 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Joel C. Griswold
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602

| Invoice Date | 10/10/200 |
|---|---|
| **1/4/2005** | |
| Invoice Number | Page |
| **3838** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MK / 2611 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Jeff Johnsen, 80 pp | |
| | Reporter:  Mary Kelly | |
| 12/10/2004 | Copy and condensed - regular delivery. | $208.00 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $208.00 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date | |
|---|---|
| **1/7/2005** | 10/10/200 |
| Invoice Number | Page |
| **3841** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / SD / 2613 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Deposition of:  David Tessner - 190 pages<br>Reporter:  Sally A. Durkin | |
| 12/10/2004 | Copy and condensed - regular delivery. | $494.00 |
| | Payments to Date: | $494.00 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Wallace C. Solberg
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602

| Invoice Date | |
|---|---|
| **1/10/2005** | 10/10/200 |
| Invoice Number | |
| **3846** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / SR / 2616 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of:  Fernando Dominguez, 239 pp<br>Reporter:  Susan Reed | |
| 12/30/2004 | Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $621.40 |
| | Payments to Date: | $621.40 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date |
| --- |
| **1/13/2005** |

10/10/200

| Invoice Number |
| --- |
| **3858** |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
| --- | --- | --- |
| | RE: Fairley vs. Andrews    03 C 5207 / SR / 2621 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of:  Nelson Villanueva, 147 pp<br>Reporter:  Susan M. Reed | |
| 1/11/2005 | Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $382.20 |
| | Payments to Date: | $382.20 |

| Total Balance Due | **$0.00** |
| --- | --- |

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Wallace C. Solberg
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602

| Invoice Date |
|:---:|
| **1/20/2005** |

10/10/200

| Invoice Number |
|:---:|
| **3864** |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2625 | |
| | ******* Invoice is over 120 days past due!   ******** | |
| | Dep.of:  Ron Zychowski, 119 pp | |
| | Reporter:  Charles R. Zandi | |
| 12/27/2004 | Copy and condensed - regular delivery. | $309.40 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $309.40 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date |
|---|
| **1/25/2005** |

10/10/200

| Invoice Number |
|---|
| **3866** |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MN / 2626 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Kenneth G. Raher, 129 pp | |
| | Reporter:  Maureen K. Nagle | |
| 1/10/2005 | Copy and condensed - regular delivery. | $335.40 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $335.40 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **2/24/2005** | 10/10/200 |
| Invoice Number | |
| **3901** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / SR / 2643 | |
| | ******* Invoice is over 120 days past due!   ******** | |
| | Cont.dep.of: Gregory Ernst, 254 pp | |
| | Reporter:  Susan Reed | |
| 2/15/2005 | Copy and condensed - regular delivery. | $660.40 |
| | ASCII disk(no charge) | |
| | Payments to Date: | $660.40 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Wallace C. Solberg
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **3/29/2005** | 10/10/200 |
| Invoice Number | |
| **3937** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2656 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Timothy J. Kaufmann, 206 pp | |
| | Reporter:  Charles R. Zandi | |
| 3/22/2005 | Copy and condensed - one week delivery | $793.10 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $793.10 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Wallace C. Solberg
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602

| Invoice Date | |
|---|---|
| **4/26/2005** | 10/10/200 |
| Invoice Number | |
| **3965** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2671 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Continued dep.of: Timothy J. Kaufmann, 184 pp | |
| | Reporter:  Charles R. Zandi | |
| 4/21/2005 | Copy and condensed - regular delivery. | $478.40 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $478.40 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Wallace C. Solberg
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **5/6/2005** | 10/10/200 |
| Invoice Number | Page |
| **3968** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / SD / 2673 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of:  Juan F. Diaz, 149 pp | |
| | Reporter:  Sally Durkin | |
| 4/27/2005 | Copy and condensed - regular delivery. | $387.40 |
| | Ascii disk(no charge) | |
| | Payments to Date: | $387.40 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

| John T. Roache<br>Bell, Boyd & Lloyd<br>Three Bank One Plaza<br>70 West Madison Street<br>Suite 3200<br>Chicago, IL 60602 |
|---|

| Invoice Date | |
|---|---|
| **5/19/2005** | 10/10/200 |

| Invoice Number | |
|---|---|
| **3983** | Page<br>1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2681 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Deposition of:  Henry Barsch - 223 pages<br>Attorney:  Mary Rowland<br>Reporter:  Charles R. Zandi | |
| 5/13/2005 | Copy and condensed - expedited delivery<br>(includes cost of expediting the original) | $925.45 |
| | Payments to Date: | $925.45 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **5/26/2005** | 10/10/200 |

| Invoice Number | |
|---|---|
| **3989** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2685 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of:  Charles Holman, 250 pp<br>Reporter:  Charles R. Zandi | |
| 5/6/2005 | Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $650.00 |
| | Payments to Date: | $650.00 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date |
|---|
| 6/21/2005 |

| Invoice Number |
|---|
| 4016 |

10/10/200

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MN / 2693 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of:  John Maul, 238 pp | |
| | Reporter:  Maureen K. Nagle | |
| 6/8/2005 | Copy and condensed - regular delivery. | $618.80 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $618.80 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427



| John T. Roache | Invoice Date |
| Bell, Boyd & Lloyd | **6/23/2005**  10/10/200 |
| Three Bank One Plaza | |
| 70 West Madison Street | Invoice Number |
| Suite 3200 | **4023** |
| Chicago, IL 60602 | |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MN / 2696 | |
| | ******* Invoice is over 120 days past due!   ******** | |
| | Cont.dep.of: Charles Holman, 156 pp | |
| | Reporter:  Maureen K. Nagle | |
| 6/14/2005 | Copy and condensed - regular delivery. | $405.60 |
| | ASCII disk (no charge) | |
| | Payments to Date: | $405.60 |

| Total Balance Due | **$0.00** |

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date |
|---|
| **6/28/2005** |

10/10/200

| Invoice Number |
|---|
| **4034** |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MN / 2702 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Cont.dep.of: Henry Barsch, 166 pp | |
| | Reporter:  Maureen K. Nagle | |
| 6/17/2005 | Copy and condensed - regular delivery. | $431.60 |
| | Ascii disk (no charge) | |

|  | Payments to Date: | $431.60 |
|---|---|---|

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427



| John T. Roache |
| Bell, Boyd & Lloyd |
| Three Bank One Plaza |
| 70 West Madison Street |
| Suite 3200 |
| Chicago, IL 60602 |

| Invoice Date | |
| --- | --- |
| **7/13/2005** | 10/10/200 |

| Invoice Number | |
| --- | --- |
| **4036** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
| --- | --- | --- |
| | RE: Fairley vs. Andrews   03 C 5207 / MN / 2703 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep of:  Norbert L. Kuksta - 103 pages | |
| | Reporter:  Maureen K. Nagle | |
| 6/22/2005 | Copy and condensed - regular delivery. | $267.80 |
| | ASCII disk - no charge | |
| | Payments to Date: | $267.80 |

| Total Balance Due | **$0.00** |
| --- | --- |

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date | |
|:---:|:---:|
| **7/18/2005** | 10/10/200 |
| Invoice Number | Page. |
| **4039** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|:---:|---|---:|
| | RE: Fairley vs. Andrews    03 C 5207 / MN / 2705 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Stanley Augustyniak, 149 pp | |
| | Reporter:  Maureen K. Nagle | |
| 7/6/2005 | Copy and condensed - regular delivery. | $387.40 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $387.40 |

| Total Balance Due | **$0.00** |
|---|---:|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **7/18/2005** | 10/10/200 |
| Invoice Number | Page |
| **4041** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MN / 2706 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| 7/7/2005 | Dep.of: Thomas Kinsella, 83 pp<br>Reporter:  Maureen K. Nagle<br><br>Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $215.80 |
| | Payments to Date: | $215.80 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Joel C. Griswold
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602



| Invoice Date | |
|---|---|
| **7/21/2005** | 10/10/200 |
| Invoice Number | Page |
| **4046** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2709 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| 7/12/2005 | Dep.of: Velinda Llorens, 98 pp<br>Dep.taken at 2700 South California<br>Copy and condensed - regular delivery. | $254.80 |
| 7/12/2005 | Dep.of: Rashanda Carroll, 127 pp<br>Copy and condensed - regular delivery. | $330.20 |
| | Reporter:  Charles R. Zandi<br>Ascii disk (no charge) | |
| | Payments to Date: | $585.00 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602



| Invoice Date | |
|---|---|
| **8/4/2005** | 10/10/200 |
| Invoice Number | Page |
| **4063** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2718 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Samuel A. Mosley, 197 pp | |
| | Reporter:  Charles R. Zandi | |
| 7/19/2005 | Copy and condensed - regular delivery. | $512.20 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $512.20 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date | |
|---|---|
| **8/16/2005** | 10/10/200 |
| Invoice Number | |
| **4075** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2724 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Cont.dep.of: Charles Holman, 157 pp | |
| | Reporter:  Charles R. Zandi | |
| 8/3/2005 | Copy and condensed - regular delivery. | $408.20 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $408.20 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date |
| --- |
| **8/23/2005** |

10/10/200

| Invoice Number |
| --- |
| **4077** |

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
| --- | --- | --- |
| | RE: Fairley vs. Andrews    03 C 5207 / MN / 2725 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Zelda Whittler, 197 pp<br>Reporter:  Maureen K. Nagle | |
| 8/16/2005 | Copy and condensed - one week delivery<br>Ascii Disk (no charge) | $531.90 |
| | Payments to Date: | $531.90 |

| Total Balance Due | **$0.00** |
| --- | --- |

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **8/23/2005** | 10/10/200 |

| Invoice Number | |
|---|---|
| **4084** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2727 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Deps of:  Robert J. Geinosky - 124 pages | |
| | Timothy Kaufmann - 102 pages | |
| | Reporter:  Charles R. Zandi | |
| 7/29/2005 | Copy and condensed - regular delivery. | $587.60 |
| | Payments to Date: | $587.60 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date | |
|---|---|
| **9/6/2005** | 10/10/200 |

| Invoice Number | |
|---|---|
| **4104** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / SR / 2733 | |
| | ******* Invoice is over 120 days past due!    ******** | |
| | Dep.of: Nancy Donahoe, 109 pp<br>Reporter: Susan Reed | |
| 8/31/2005 | Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $283.40 |
| | Payments to Date: | $283.40 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602



| Invoice Date |  |
|---|---|
| **9/15/2005** | 10/10/200 |
| Invoice Number | Page |
| **4133** | 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
|  | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2744 |  |
|  | ******* Invoice is over 120 days past due!  ******** |  |
|  | cont.dep.of: Charles Holman, 174 pp | |
|  | Reporter:  Charles R. Zandi | |
| 8/18/2005 | Copy and condensed - regular delivery. | $452.40 |
|  | Ascii disk (no charge) | |

Payments to Date: $452.40

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date | |
|---|---|
| **9/15/2005** | 10/10/200 |
| Invoice Number | |
| **4135** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2745 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Karen Lader, 52 pp | |
| | Reporter:  Charles R. Zandi | |
| 8/29/2005 | Copy and condensed - regular delivery. | $135.20 |
| | Ascii disk (no charge) | |
| | Payments to Date: | $135.20 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date | |
|---|---|
| **9/28/2005** | 10/10/200 |
| Invoice Number | |
| **4149** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / MK / 2752 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep of:  Liutauras Paul Dargis - 91 pages | |
| | Reporter:  Mary C. Kelly | |
| 9/20/2005 | Copy and condensed - one week delivery | $245.70 |
| | Payments to Date: | $245.70 |

| Total Balance Due | $0.00 |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL  60602

| Invoice Date | |
|---|---|
| **10/20/2005** | 10/10/200 |

| Invoice Number | |
|---|---|
| **4168** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / CZ / 2761 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep.of: Tom Dart, 44 pp | |
| | Reporter:  Charles R. Zandi | |
| 9/26/2005 | Copy and condensed - regular delivery. | $114.40 |
| | ASCII disk (no charge) | |
| | Payments to Date: | $114.40 |

| Total Balance Due | **$0.00** |
|---|---|