EXHIBIT B

PART 2 OF 2

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602

| Invoice Date | |
|---|---|
| **11/18/2005** | 10/10/200 |

| Invoice Number | |
|---|---|
| **4193** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews    03 C 5207 / SR / 2772 | |
| | ******* Invoice is over 120 days past due!  ******** | |
| | Dep of:  Saul Weinstein - 172 pages | |
| | Reporter:  Susan Reed | |
| 11/8/2005 | One copy - regular delivery - mini format only | $387.00 |
| | Payments to Date: | $387.00 |

| Total Balance Due | **$0.00** |
|---|---|

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

John T. Roache
Bell, Boyd & Lloyd
Three Bank One Plaza
70 West Madison Street
Suite 3200
Chicago, IL 60602



| Invoice Date | |
|---|---|
| **5/4/2006** | 10/10/200 |
| Invoice Number | |
| **4320** | Page 1 of 1 |

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / SR / 2829 | |
| | ******* Invoice is over 120 days past due!   ******** | |
| | Dep.of: Norman Carlson, 424 pp | |
| | Reporter:  Susan Reed | |
| 4/24/2006 | One copy-condensed format only, 260 pp | $585.00 |
| 4/25/2006 | One copy- condensed format only, 164 pp | $369.00 |
| | Ascii Disk (no charge | |
| | Payments to Date: | $954.00 |

| Total Balance Due | **$0.00** |
|---|---|

Inv Date 11-01-04



### Diane-Carole Reporting, Inc.

200 No. Dearborn St. • Chicago, IL 60601

Suite 4106
312-346-1626 • Fax 312-346-1224
Email: dianecarole@earthlink.net

**BILL TO:**

JOHN ROACHE                                    Page 1
BELL, BOYD & LLOYD
THREE FIRST NATIONAL PLAZA                     **INVOICE NO.**
70 W. MADISON STREET, SUITE 3100
CHICAGO, IL  60602
                                               9948

| DATE | CLIENT | CASE NO. | | | | | Tax Number |
|------|--------|----------|---|---|---|---|------------|

Tax Number: 20-0000718

10/28/2004    2350   03 C 5207

Re: FAIRLEY & GACKOWSKI    ANDREWS, DENNIS SUPT


Transcript Of PIPER LAWRENCE 10/20/04

DEP. COPY R/D           131.0  Pages @   2.20        288.20
COMP. TRNS.(PER 100 PGS)                              25.00
ASCII DISK                                            35.00

Transcript Of DINA JACKSON  10/21/04

DEP. COPY R/D            78.0  Pages @   2.20        171.60
COMP. TRNS.(PER 100 PGS)                              25.00
ASCII DISK                                            35.00

Transcript Of VICTOR ROJO  10/21/04

DEP. COPY R/D           115.0  Pages @   2.20        253.00
COMP. TRNS.(PER 100 PGS)                              25.00
ASCII DISK                                            35.00
COPYING EXHIBITS                                      10.00

Transcript Of ARNALDO DELGADO  10/22/04

DEP. COPY R/D            35.0  Pages @   2.20         77.00
COMP. TRNS.(PER 100 PGS)                              25.00
ASCII DISK                                            35.00

Transcript Of NORLANDER YOUNG  10/22/04

Continue...

Terms: 15 Days - 2% per month service charge will be added to unpaid balance past 30 days.



# Diane-Carole Reporting, Inc.

200 No. Dearborn St. • Chicago, IL 60601
**Suite 4106**
312-346-1626 • Fax 312-346-1224
Email: dianecarole@earthlink.net

**BILL TO:**

JOHN ROACHE
BELL, BOYD & LLOYD
THREE FIRST NATIONAL PLAZA
70 W. MADISON STREET, SUITE 3100
CHICAGO, IL  60602

Page 2

**INVOICE NO.**

9948

**Tax Number**
**20-0383718**

| DATE | CLIENT | CASE NO. |
| --- | --- | --- |

10/28/2004    2350    03 C 5207

Re: FAIRLEY & GACKOWSKI    ANDREWS, DENNIS SUPT

| | | | |
| --- | --- | --- | --- |
| DEP. COPY R/D | 132.0  Pages @    2.20 | | 290.40 |
| COMP. TRNS.(PER 100 PGS) | | | 25.00 |
| ASCII DISK | | | 35.00 |
| COPYING EXHIBITS | | | 10.00 |

```
                                              ===========
                             Total Amount $    1,400.20
       Interest At A Rate Of 2.00% After 30 Days $    0.00
                        Less Paid To Date $    1,400.20
                             Total due $        0.00
```

.COD 10/28/04
.BURKE, STODULSKI & DUBINA
Your Account is Past Due - Please Remit

DIANE-CAROLE REPORTING

Eastwood-Stein Deposition Management
11 S. LaSalle Street
Suite 900
Chicago, IL 60506
(630) 333-5145   Fax (630) 859-0998

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140151 | 03/08/2006 | 01-115901 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/07/2006 | KAZAD2 | 03C5207 |
| **CASE CAPTION** | | |
| Fairley and Gackowski vs. Supt. Dennis Andrews | | |
| **TERMS** | | |
| Net 30; after 30, 1.5% late fee | | |

S. Patrick McKey, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
Attendance Only
  Martin, Steven
      REPORTER ATTENDANCE              2.00 Hours              97.50
                                                             _____
                              TOTAL   DUE   >>>>               97.50
```

TAX ID NO.: 36-4050822                              (312) 372-1121    Fax (312) 827-8000

*Please detach bottom portion and return with payment.*

S. Patrick McKey, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
Invoice No.:  140151
Date      :  03/08/2006
TOTAL DUE :      97.50


Job No.   :  01-115901
Case No.  :  03C5207
Fairley and Gackowski vs. Supt. Denn
```

Remit To:    **Eastwood-Stein Deposition Management**
             **c/o Rexford Funding**
             **P.O. Box 51162**
             **Los Angeles, CA 90051-5462**

Eastwood-Stein Deposition Management
11 S. LaSalle Street
Suite 900
Chicago, IL 60506
(630) 333-5145   Fax (630) 859-0998

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141249 | 03/27/2006 | 01-115902 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/08/2006 | KAZAD2 | 03C5207 |

| CASE CAPTION |
|---|
| Fairley and Gackowski vs. Supt. Dennis Andrews |

| TERMS |
|---|
| Net 30; after 30, 1.5% late fee |

S. Patrick McKey, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
ORIGINAL TRANSCRIPT OF:
   Martin, Steve - Volume 1      295 Pages            988.25
   EXHIBITS                      171 Pages             76.95
   REPORTER ATTENDANCE          8.00 Hours            432.00
   Shipping & Handling                                 21.00
                                                    _____
                             TOTAL  DUE  >>>>       1,518.20
```

TAX ID NO.: 36-4050822                                        (312) 372-1121    Fax (312) 827-8000

*Please detach bottom portion and return with payment.*

S. Patrick McKey, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
Invoice No.:  141249
Date      :  03/27/2006
TOTAL DUE :   1,518.20


Job No.   :  01-115902
Case No.  :  03C5207
Fairley and Gackowski vs. Supt. Denn
```

Remit To:   **Eastwood-Stein Deposition Management**
            **c/o Rexford Funding**
            **P.O. Box 51162**
            **Los Angeles, CA 90051-5462**

Eastwood-Stein Deposition Management
11 S. LaSalle Street
Suite 900
Chicago, IL 60506
(630) 333-5145   Fax (630) 859-0998

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141253 | 03/27/2006 | 01-116150 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/09/2006 | KAZAD2 | 03C5207 |
| **CASE CAPTION** | | |
| Fairley and Gackowski vs. Supt. Dennis Andrews | | |
| **TERMS** | | |
| Net 30; after 30, 1.5% late fee | | |

S. Patrick McKey, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
ORIGINAL TRANSCRIPT OF:
   Martin, Steve - Volume 2       355 Pages              1,189.25
   EXHIBITS                       234 Pages                105.30
   REPORTER ATTENDANCE            8.00 Hours               432.00
   Shipping & Handling                                      21.00
                                                        _____
                              TOTAL   DUE   >>>>         1,747.55
```

TAX ID NO.: 36-4050822                                  (312) 372-1121    Fax (312) 827-8000

*Please detach bottom portion and return with payment.*

S. Patrick McKey, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
Invoice No.:  141253
Date      :  03/27/2006
TOTAL DUE :  1,747.55


Job No.   :  01-116150
Case No.  :  03C5207
Fairley and Gackowski vs. Supt. Denn
```

Remit To:   **Eastwood-Stein Deposition Management**
            **c/o Rexford Funding**
            **P.O. Box 51162**
            **Los Angeles, CA 90051-5462**

Eastwood-Stein Deposition Management
11 S. LaSalle Street
Suite 900
Chicago, IL 60506
(630) 333-5145   Fax  (630) 859-0998

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142690 | 04/20/2006 | 01-115902 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/08/2006 | KAZAD2 | 03C5207 |
| **CASE CAPTION** | | |
| Fairley and Gackowski vs. Supt. Dennis Andrews | | |
| **TERMS** | | |
| Net 30; after 30, 1.5% late fee | | |

John Roache, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
Deposition of Steve Martin Volume 1
   Martin, Steve - Volume 1
   Live Note LEF. CD                                        50.00
                                                          _____
                        TOTAL   DUE   >>>>                   50.00
```

TAX ID NO.: 36-4050822                          (312) 372-1121    Fax (312) 827-8000

*Please detach bottom portion and return with payment.*

John Roache, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
Invoice No.:  142690
Date       :  04/20/2006
TOTAL DUE  :      50.00


Job No.    :  01-115902
Case No.   :  03C5207
Fairley and Gackowski vs. Supt. Denn
```

Remit To:   **Eastwood-Stein Deposition Management**
            **c/o Rexford Funding**
            **P.O. Box 51162**
            **Los Angeles, CA 90051-5462**

Eastwood-Stein Deposition Management
11 S. LaSalle Street
Suite 900
Chicago, IL 60506
(630) 333-5145   Fax  (630) 859-0998

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142691 | 04/20/2006 | 01-116150 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/09/2006 | | 03C5207 |
| **CASE CAPTION** | | |
| Fairley and Gackowski vs. Supt. Dennis Andrews | | |
| **TERMS** | | |
| Net 30; after 30, 1.5% late fee | | |

John Roache, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
Deposition of: Steve Martin Volume 2
      Martin, Steve - Volume 2
      Live Note LEF. CD                                  50.00
                                                        _____

                            TOTAL  DUE  >>>>             50.00
```

TAX ID NO.: 36-4050822                          (312) 372-1121    Fax (312) 827-8000

*Please detach bottom portion and return with payment.*

John Roache, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

```
Invoice No.:  142691
Date      :  04/20/2006
TOTAL DUE :     50.00


Job No.   :  01-116150
Case No.  :  03C5207
Fairley and Gackowski vs. Supt. Denn
```

Remit To:     **Eastwood-Stein Deposition Management**
              **c/o Rexford Funding**
              **P.O. Box 51162**
              **Los Angeles, CA 90051-5462**



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          175300    COCOD01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 225431ECG | 01/23/06 |

10/09/07

ATTN : JOEL C. GRISWOLD, ESQ.                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:    03 C 5207

CAPTION:
  FAIRLEY VS ANDREWS

  SERVICES PROVIDED ON 01/12/06:

  Joyce Fairley
  10:00-1:25

| | | |
|---|---|---|
| Deposition Attendance Fee | | 157.50 |
| Original Transcript | 150 @  $3.35 | 502.50 |
| 15% Discount Deducted | | -99.00 |
| ETV - Exhibits | | 45.00 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 6.87 |

PAYMENTS RECEIVED                    -642.87

BALANCE DUE                    **TOTAL**    0.00    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 175300  TOT: $0.00
INVOICE #: 225431ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: JOEL C. GRISWOLD, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



## ESQUIRE
### DEPOSITION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          171946     BILLL01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 222549ECG | 11/29/05 |

10/09/07

ATTN : John Roache, Esq.                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 11/02/05:

Michael Sheehan

| | | AMOUNT DUE |
|---|---|---|
| Copy Transcript | 91 @ $2.70 | 245.70 |
| ETV - Exhibits | | 45.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -47.36 |
| Exhibit Reproduction | 10 @ $0.40 | 4.00 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 6.67 |
| PAYMENTS RECEIVED | | -309.01 |

| BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 171946  TOT: $0.00
INVOICE #: 222549ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



## ESQUIRE
### DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          168489     TODAS01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 216695ECG | 09/29/05 |

10/09/07

ATTN : John Roache, Esq.

Due Upon Receipt | AMOUNT DUE | ENCL.

**YOUR REFERENCE NUMBER:**

**CAPTION:**
    FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 09/13/05:

Michael Sheahan

| | | | AMOUNT |
|---|---|---|---|
| Copy Transcript | 341 @ | $2.70 | 920.70 |
| ETV - Exhibits | | | 45.00 |
| Min-U-Script | | | 25.00 |
| 15% Discount Deducted | | | -148.61 |
| Exhibit Reproduction | 122 @ | $0.40 | 48.80 |
| Administrative Fee | | | 30.00 |
| Delivery/Shipping & Handling | | | 8.00 |

PAYMENTS RECEIVED                -928.89

BALANCE DUE                    **TOTAL**    0.00   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

**Please detach and send with payment**

- - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 168489  TOT: $0.00
INVOICE #: 216695ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          169846      WRIGK01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 218359ECG | 10/18/05 |

10/09/07

ATTN : John Roache, Esq.

Due Upon Receipt | AMOUNT DUE | ENCL.

YOUR REFERENCE NUMBER:          03 C 5207

CAPTION:
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 09/30/05:

Richard Remus
9:00am - 1:45pm

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | 225.00 |
| Original Transcript | 189 @  $3.85 | 727.65 |
| Min-U-Script | | 25.00 |
| ETV - ASCII | | 35.00 |
| Rough ASCII | 189 @  $1.50 | 283.50 |
| 15% Discount Deducted | | -194.43 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 6.88 |
| | | |
| PAYMENTS RECEIVED | | -1,138.60 |

BALANCE DUE          TOTAL      0.00   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 169846  TOT: $0.00
INVOICE #: 218359ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

169845    NORT 01

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

ATTN : John Roache, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 217303ECG | 10/04/05 |

10/09/07

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:    03 C 5207

CAPTION:
    FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 09/30/05:

Richard Remus
9:00am - 1:47pm

| | |
|---|---|
| Video 1st Hour Recording | 225.00 |
| Additional Hours Recording | 540.00 |
| DVD Conversion | 245.00 |
| 15% Discount Deducted | -114.25 |
| Administrative Fee | 20.00 |
| Delivery/Shipping & Handling | 6.62 |

| PAYMENTS RECEIVED | -922.37 |
|---|---|

| BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 169845   TOT: $0.00
INVOICE #: 217303ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          155204     FOGAA01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087     Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 199546ECG | 02/17/05 |

10/09/07

ATTN : WALLACE SOLBERG, ESQ.          Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:          03 C 5207

CAPTION:
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 02/08/05:

Roger Fairley
9:30-1:02

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | 148.75 |
| Original Transcript | 161 @ $3.75 | 603.75 |
| ASCII Diskette | | 20.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -119.63 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 8.00 |
| | | |
| PAYMENTS RECEIVED | | -715.87 |

| BALANCE DUE | **TOTAL** | 0.00 | *Thank You!* |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 155204  TOT: $0.00
INVOICE #: 199546ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: WALLACE SOLBERG, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087   Fax(312)704-4950

155203   ECG-R01

To:

Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 200621ECG | 02/28/05 |

10/09/07

ATTN : WALLACE SOLBERG, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:   03 C 5207

CAPTION:

FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 02/08/05:

Roger Fairley
9:30 a.m.- 1:02 p.m.

| | | |
|---|---|---|
| Video 1st Hour Recording | | 225.00 |
| Additional Hours Recording | | 337.50 |
| DVD Conversion | 3 @ $90.00 | 270.00 |
| 15% Discount Deducted | | -124.88 |
| Administrative Fee | | 20.00 |
| Delivery/Shipping & Handling | | 15.75 |

PAYMENTS RECEIVED   -743.37

BALANCE DUE   **TOTAL**   0.00   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 155203   TOT: $0.00
INVOICE #: 200621ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: WALLACE SOLBERG, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684      162746    PILEK01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 209790ECG | 06/30/05 |

10/09/07

ATTN : John Roache, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:   03 C 5207

CAPTION:
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 06/06/05:

Richard Gackowski
11:00-4:00

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | 212.50 |
| Original Transcript | 210 @ $3.75 | 787.50 |
| ASCII Diskette | | 20.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -156.75 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 6.88 |
| | | |
| PAYMENTS RECEIVED | | -925.13 |

| | BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 162746  TOT: $0.00
INVOICE #: 209790ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          165660     BRAJK01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087     Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

ATTN : John Roache, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 213074ECG | 08/16/05 |

10/09/07

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 07/26/05:

Juan Frank Diaz

| | | AMOUNT DUE |
|---|---|---|
| Copy Transcript | 304 @ $2.45 | 744.80 |
| ETV - Exhibits | | 45.00 |
| 15% Discount Deducted | | -118.47 |
| Exhibit Reproduction | 112 @ $0.40 | 44.80 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 8.00 |
| PAYMENTS RECEIVED | | -754.13 |

BALANCE DUE       **TOTAL**   0.00    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 165660   TOT: $0.00
INVOICE #: 213074ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          166730     ECG-F02
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087     Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 213940ECG | 08/26/05 |

10/09/07

ATTN : John Roache, Esq.

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

**YOUR REFERENCE NUMBER:**
          03 C 5207

**CAPTION:**
     FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 08/12/05:

Jean Snyder
10:00am - 12:15pm

| | |
|---|---|
| Video 1st Hour Recording | 225.00 |
| Additional Hours Recording | 202.50 |
| 15% Discount Deducted | -64.13 |
| Administrative Fee | 20.00 |
| Delivery/Shipping & Handling | 6.62 |

| PAYMENTS RECEIVED | -389.99 |
|---|---|

BALANCE DUE                    **TOTAL**     0.00    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 166730  TOT: $0.00
INVOICE #: 213940ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

166731    BRAJK01

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

ATTN : John Roache, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 214551ECG | 08/31/05 |

10/09/07

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:    03 C 5207

CAPTION:

   FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 08/12/05:

Jean Snyder
10:00-12:15

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | 106.25 |
| Original Transcript | 115 @  $3.75 | 431.25 |
| ETV - Exhibits | | 45.00 |
| 15% Discount Deducted | | -87.37 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 6.62 |
| | | |
| PAYMENTS RECEIVED | | -531.75 |

| BALANCE DUE | **TOTAL** | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 166731  TOT: $0.00
INVOICE #: 214551ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          167724      BERNR01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087      Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 215248ECG | 09/13/05 |

10/09/07

ATTN : John Roache, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 08/30/05:

James Ryan

| | | | |
|---|---|---|---|
| Copy Transcript - 8th Day | 76 @ | $2.55 | 193.80 |
| Original Transcript - 8th Day | 76 @ | $0.20 | 15.20 |
| ** The above charge is a | | | |
| overage from the original | | | |
| transcript** | | | |
| ETV - Exhibits | | | 45.00 |
| 15% Discount Deducted | | | -38.10 |
| Administrative Fee | | | 30.00 |
| Delivery/Shipping & Handling | | | 8.00 |

PAYMENTS RECEIVED                              -253.90

BALANCE DUE                    **TOTAL**    0.00    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 167724  TOT: $0.00
INVOICE #: 215248ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          137490     DUNNL01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 177009ECG | 05/03/04 |

10/09/07

ATTN : John Roache, Esq.

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

YOUR REFERENCE NUMBER:    03 C 5207

CAPTION:
   FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 04/22/04:

Tunesia Mitchell
Robert Bansley

| | | AMOUNT DUE |
|---|---|---|
| Copy Transcript | 171 @ $2.45 | 418.95 |
| E-mailed Transcript | 2 @ $25.00 | 50.00 |
| 15% Discount Deducted | | -70.35 |
| Exhibit Reproduction | 98 @ $0.40 | 39.20 |
| Administrative Fee | 2 @ $30.00 | 60.00 |
| Delivery/Shipping & Handling | | 8.00 |
| PAYMENTS RECEIVED | | -505.80 |

| BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 137490  TOT: $0.00
INVOICE #: 177009ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684     151016     ECG-S01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087     Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 193576ECG | 11/24/04 |

10/09/07

ATTN : John Roache, Esq..

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:     03 C 5207

CAPTION:
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 11/18/04:

Richard Gackowski
9:00-12:22  1:15-5:54

| | Amount |
|---|---|
| Video 1st Hour Recording | 225.00 |
| Additional Hours Recording | 1,012.50 |
| 15% Discount Deducted | -185.63 |
| Administrative Fee | 20.00 |
| Delivery/Shipping & Handling | 8.00 |

| PAYMENTS RECEIVED | -1,079.87 |
|---|---|

| BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 151016  TOT: $0.00
INVOICE #: 193576ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

151017    WRIGK01

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

ATTN : JOEL GRISWOLD, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 193671ECG | 11/29/04 |

10/09/07

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:    03 C 5207

CAPTION:
  FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 11/18/04:

Richard Gackowski
9:00 - 12:20  1:00 - 5:50

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | 361.25 |
| Original Transcript - 5th Day | 320 @ $4.95 | 1,584.00 |
| ASCII Diskette | | 20.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -298.54 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 8.00 |
| | | |
| PAYMENTS RECEIVED | | -1,729.71 |

| BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 151017   TOT: $0.00
INVOICE #: 193671ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: JOEL GRISWOLD, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684        151451      WRIGK01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 194463ECG | 12/08/04 |

10/09/07

ATTN : JOEL C. GRISWOLD, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:    03 C 5207

CAPTION:
    FAIRLEY VS ANDREWS

    SERVICES PROVIDED ON 11/30/04:

    Richard Gackowski
    9:30-12:20 1:00-6:00

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | 340.00 |
| Original Transcript - 5th Day | 310 @  $4.95 | 1,534.50 |
| ASCII Diskette | | 20.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -287.95 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 8.00 |
| | | |
| PAYMENTS RECEIVED | | -1,669.55 |

| BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 151451  TOT: $0.00
INVOICE #: 194463ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: JOEL C. GRISWOLD, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          151450      ECG-S01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 195640ECG | 12/22/04 |

10/09/07

ATTN : John Roache, Esq.

Due Upon Receipt | AMOUNT DUE | ENCL.

**YOUR REFERENCE NUMBER:** 03 C 5207

**CAPTION:**
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 11/30/04:

Richard Gackowski
9:30-12:22  1:10-6:03

| | |
|---|---:|
| Video 1st Hour Recording | 225.00 |
| Additional Hours Recording | 945.00 |
| 15% Discount Deducted | -175.50 |
| Administrative Fee | 20.00 |
| Delivery/Shipping & Handling | 6.64 |

| PAYMENTS RECEIVED | -1,021.14 |
|---|---:|

| BALANCE DUE | **TOTAL** | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 151450  TOT: $0.00
INVOICE #: 195640ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: John Roache, Esq.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          151965      ECG-C01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087      Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 197387ECG | 01/18/05 |

10/09/07

ATTN : WALLACE SOLBERG, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:      03 C 5207

CAPTION:
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 12/07/04:

Roger Fairley
9:30 am - 12:43 pm
1:44 pm - 6:07 pm

| | | AMOUNT DUE |
|---|---|---|
| Video 1st Hour Recording | | 225.00 |
| Additional Hours Recording | 7 @ 135.00 | 945.00 |
| DVD Conversion | | 585.00 |
| 15% Discount Deducted | | -263.25 |
| Administrative Fee | | 20.00 |
| PAYMENTS RECEIVED | | -1,511.75 |

| BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 151965  TOT: $0.00
INVOICE #: 197387ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: WALLACE SOLBERG, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          151966     WRIGK01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312) 782-8087    Fax (312) 704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
| --- | --- |
| 195006ECG | 12/15/04 |

10/09/07

ATTN : WALLACE SOLBERG, ESQ.          Due Upon Receipt

| | AMOUNT DUE | ENCL. |
| --- | --- | --- |

YOUR REFERENCE NUMBER:          03 C 5207

CAPTION:
   FAIRLEY VS ANDREWS

   SERVICES PROVIDED ON 12/07/04:

   Roger Fairley
   9:30-12:43 1:30-6:07

| | | AMOUNT DUE |
| --- | --- | --- |
| Deposition Attendance Fee | | 340.00 |
| Original Transcript - 5th Day | 311 @ $4.95 | 1,539.45 |
| ASCII Diskette | | 20.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -288.67 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 8.00 |
| | | |
| PAYMENTS RECEIVED | | -1,673.78 |

| BALANCE DUE | **TOTAL** | 0.00 | Thank You! |
| --- | --- | --- | --- |

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312) 782-8087
Fax (312) 704-4950

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 151966  TOT: $0.00
INVOICE #: 195006ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: WALLACE SOLBERG, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684     151968     ECG-C01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087     Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 197388ECG | 01/18/05 |

10/09/07

ATTN : WALLACE SOLBERG, ESQ.

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

YOUR REFERENCE NUMBER:        03 C 5207

CAPTION:
        FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 12/08/04:

Roger Fairley
10:30 am - 6:18 pm

| | | AMOUNT DUE |
|---|---|---|
| Video 1st Hour Recording | | 225.00 |
| Additional Hours Recording | 7 @ 135.00 | 945.00 |
| DVD Conversion | 5 @ $90.00 | 450.00 |
| 15% Discount Deducted | | -243.00 |
| Administrative Fee | | 20.00 |
| Delivery/Shipping & Handling | | 6.62 |
| | | |
| PAYMENTS RECEIVED | | -1,403.62 |

| BALANCE DUE | TOTAL | |
|---|---|---|
| | 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 151968  TOT: $0.00
INVOICE #: 197388ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: WALLACE SOLBERG, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          151967      WRIGK01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 195008ECG | 12/15/04 |

10/09/07

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 12/08/04:

Roger Fairley
10:30-6:18

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | 350.63 |
| Original Transcript - 4th Day | 192 @ $5.00 | 960.00 |
| ASCII Diskette | | 20.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -203.35 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 8.00 |
| PAYMENTS RECEIVED | | -1,190.28 |

| BALANCE DUE | **TOTAL** | 0.00 | *Thank You!* |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 151967  TOT: $0.00
INVOICE #: 195008ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087   Fax(312)704-4950

152477     LAPOM01

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

ATTN : WALLACE SOLBERG, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 196185ECG | 12/29/04 |

10/09/07

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

**YOUR REFERENCE NUMBER:**   03 C 5207

**CAPTION:**
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 12/21/04:

Roger Fairley
9:30 - 12:37  1:28 - 6:30

| | | |
|---|---|---|
| Deposition Attendance Fee | | 350.63 |
| Original Transcript - 3rd Day | 338 @  $4.65 | 1,571.70 |
| ASCII Diskette | | 20.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -295.10 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 8.00 |

PAYMENTS RECEIVED                                     -1,710.23

BALANCE DUE

**TOTAL**     0.00    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 152477  TOT: $0.00
INVOICE #: 196185ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: WALLACE SOLBERG, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          152476     ECG-K01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

ATTN : WALLACE SOLBERG, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 197544ECG | 01/20/05 |

10/09/07

| Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:      03 C 5207

CAPTION:
FAIRLEY VS ANDREWS

SERVICES PROVIDED ON 12/21/04:

Roger Fairley
9:30-12:37  1:07-6:30

| | |
|---|---:|
| Video 1st Hour Recording | 225.00 |
| Additional Hours Recording | 1,046.25 |
| 15% Discount Deducted | -190.69 |
| Administrative Fee | 20.00 |
| Delivery/Shipping & Handling | 6.88 |
| PAYMENTS RECEIVED | -1,107.44 |

BALANCE DUE

**TOTAL**    0.00    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 152476  TOT: $0.00
INVOICE #: 197544ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: WALLACE SOLBERG, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          153726     WRIGK01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Bell, Boyd & Lloyd -IL
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602

| INVOICE NUMBER | DATE |
|---|---|
| 198445ECG | 01/31/05 |

10/09/07

ATTN : WALLACE SOLBERG, ESQ.                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:
        03 C 5207

CAPTION:
        FAIRLEY VS ANDREWS

    SERVICES PROVIDED ON 01/12/05:

    Richard Rodriguez
    9:30am - 12:20pm

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | 371.88 |
| Original Transcript | 319 @  $3.35 | 1,068.65 |
| ASCII Diskette | | 20.00 |
| Min-U-Script | | 25.00 |
| 15% Discount Deducted | | -222.83 |
| Administrative Fee | | 30.00 |
| Delivery/Shipping & Handling | | 8.00 |
| | | |
| PAYMENTS RECEIVED | | -1,300.70 |

BALANCE DUE                              **TOTAL**        0.00.   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 153726  TOT: $0.00
INVOICE #: 198445ECG
DATE: 10/09/07

Bell, Boyd & Lloyd -IL
Attn: WALLACE SOLBERG, ESQ.
Three First National Plaza
70 West Madison Suite 1700
Chicago, IL 60602



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**ESQUIRE DEPOSITION SERVICES, LLC**
A Hobart West Company
Tax ID # 22-3779684                        751493    ACTI 01
5410 N.W. 33RD AVENUE, SUITE 100
FORT LAUDERDALE, FL 33309
(954) 731-6616

BELL, BOYD & LLOYD, P.A.
70 WEST MADISON ST #3200                              585821EFL 09/22/05
CHICAGO, IL 60602

                                                              10/24/07

ATTN : GRISWOLD JOEL C.


03C5207

FAIRLEY VS. ANDREWS

SERVICES PROVIDED ON 08/23/05:

VIDEOTAPED DEPOSITION OF:
ALFRED IMGRUND
VIDEO CHARGE 1ST HOUR                                          225.00
ADDITIONAL HOURS 2.5                                          212.50
VHS COPY(S)                                                    10.00
D.V.D. CONVERSION 1.75 HRS                                     96.25
SHIPPING                                                       27.00
JOB SITE: FT. LAUDERDALE, FL
THANK YOU


PAYMENTS RECEIVED                                           -570.75

BALANCE DUE                                                    0.00

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of            For Invoice Questions,
one and one-half percent (1.5%) per month or the maximum rate allowed by law.              Please Call
Contact us immediately with questions or corrections regarding billing or payment.       (800)584-3500
No adjustments or refunds will be made after 120 days from date of payment.          Fax (954) 733-5978
                     Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

- - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ESQUIRE DEPOSITION SERVICES LLC**          JOB: 751493  TOT: $0.00
P. O. BOX 785751                             INVOICE #: 585821EFL
PHILADELPHIA, PA 19178-5751                  DATE: 10/24/07
Tax ID # 22-3779684


BELL, BOYD & LLOYD, P.A.
Attn: GRISWOLD JOEL C.
70 WEST MADISON ST #3200
CHICAGO, IL 60602

**ESQUIRE DEPOSITION SERVICES, LLC**
A Hobart West Company
Tax ID # 22-3779684                    751494      SIERE01
5410 N.W. 33RD AVENUE, SUITE 100
FORT LAUDERDALE, FL 33309
(954) 731-6616

BELL, BOYD & LLOYD, P.A.
70 WEST MADISON ST #3200                          588230EFL 10/05/05
CHICAGO, IL 60602
                                                          10/24/07

ATTN : GRISWOLD JOEL C.


03C5207

FAIRLEY VS. ANDREWS

SERVICES PROVIDED ON 08/23/05:
ALFRED T. IMGRUND              1- 100  100 PGS @ $3.95        395.00  O+1

APPEARANCE FEE 10:00AM-12:30PM                               105.00
ASCII OR CONDENSED TRANSCRIPT                                 15.00
OVERNIGHT TRANSCRIPT SERVICE           100 @  $3.95          395.00
SHIPPED UPS                                                   37.70
THANK YOU
===> SEE CREDIT MEMO 596215


                    PAYMENTS RECEIVED                        -552.70
                    CREDIT MEMOS                             -395.00
                    BALANCE DUE                                 0.00

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of            For Invoice Questions,
one and one-half percent (1.5%) per month or the maximum rate allowed by law.               Please Call
Contact us immediately with questions or corrections regarding billing or payment.        (800) 584-3500
No adjustments or refunds will be made after 120 days from date of payment.            Fax (954) 733-5978
                Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**ESQUIRE DEPOSITION SERVICES LLC**         JOB: 751494  TOT: $0.00
P. O. BOX 785751                            INVOICE #: 588230EFL
PHILADELPHIA, PA 19178-5751                 DATE: 10/24/07
Tax ID # 22-3779684


BELL, BOYD & LLOYD, P.A.
Attn: GRISWOLD JOEL C.
70 WEST MADISON ST #3200
CHICAGO, IL 60602

# INVOICE


JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110619 | 8/31/2004 | 8686 |
| Job Date | Case No. | |
| 8/17/2004 | 03 C 5207 | |
| Case Name | | |
| Fairley vs. Andrews | | |
| Payment Terms | | |
| Net 30 | | |

John T. Roache
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3100
Chicago, IL 60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| David Booker | 118.00 Pages | 259.60 |
| ASCII Disk | | 20.00 |
| Exhibit Handling | | 10.00 |
| Courier | | 10.00 |
| | TOTAL DUE >>> | $299.60 |
| | ( - ) Payments/Credits: | 299.60 |
| | ( + ) Finance Charges/Debits: | 0.00 |
| | ( = ) New Balance: | $0.00 |

Tax ID: 36-3811129

Phone: 312-372-1121    Fax:312-827-8000

*Please detach bottom portion and return with payment.*

John T. Roache
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3100
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 110619 |
| Invoice Date | : | 8/31/2004 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 8686 |
| BU ID | : | 1-MAIN |
| Case No. | : | 03 C 5207 |
| Case Name | : | Fairley vs. Andrews |

Remit To:    Jensen Reporting
205 West Randolph Street, 5th Floor
Chicago, IL 60606

# INVOICE

JENSEN  REPORTING

*Whenever you need it. Whatever it takes.*

**205 West Randolph Street, 5th Floor • Chicago, Illinois 60606**
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114557 | 12/20/2004 | 11707 |
| **Job Date** | **Case No.** | |
| 12/3/2004 | 03 C 5207 | |
| **Case Name** | | |
| Fairley vs. Andrews | | |
| | | |
| **Payment Terms** | | |
| Net 30 | | |

John T. Roache
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3100
Chicago, IL 60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Faye Flemister | 75.00  Pages | 165.00 |
| Exhibits | | 0.40 |
| Courier | | 10.00 |
| | TOTAL DUE  >>> | $175.40 |
| | (-) Payments/Credits: | 175.40 |
| | (+) Finance Charges/Debits: | 0.00 |
| | (=) New Balance: | $0.00 |

Tax ID: 36-3811129

Phone: 312-372-1121   Fax:312-827-8000

*Please detach bottom portion and return with payment.*

John T. Roache
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3100
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 114557 |
| Invoice Date | : | 12/20/2004 |
| **Total Due** | : | **$0.00** |

Remit To:   Jensen Reporting
205 West Randolph Street, 5th Floor
Chicago, IL 60606

| | | |
|---|---|---|
| Job No. | : | 11707 |
| BU ID | : | 1-MAIN |
| Case No. | : | 03 C 5207 |
| Case Name | : | Fairley vs. Andrews |

# INVOICE

JENSEN  REPORTING

*Whenever you need it. Whatever it takes.*

**205 West Randolph Street, 5th Floor • Chicago, Illinois 60606**
**Phone: (312) 236-6936 • Fax: (312) 236-6968**
**www.jensenreporting.com**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114734 | 12/23/2004 | 11809 |
| Job Date | Case No. | |
| 12/8/2004 | 03 C 5207 | |
| Case Name | | |
| Fairley vs. Andrews | | |
| Payment Terms | | |
| Net 30 | | |

Joel C. Griswold
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3100
Chicago, IL 60602

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| LaTonya Burton | 40.00 Pages | 88.00 |
| Courier | | 10.00 |
| | TOTAL DUE  >>> | $98.00 |
| | (-) Payments/Credits: | 98.00 |
| | (+) Finance Charges/Debits: | 0.00 |
| | (=) New Balance: | $0.00 |

Tax ID: 36-3811129

Phone: 312-372-1121   Fax:312-827-8000

*Please detach bottom portion and return with payment.*

Joel C. Griswold
Bell, Boyd & Lloyd
70 West Madison Street
Suite 3100
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 114734 |
| Invoice Date | : | 12/23/2004 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 11809 |
| BU ID | : | 1-MAIN |
| Case No. | : | 03 C 5207 |
| Case Name | : | Fairley vs. Andrews |

Remit To:   Jensen Reporting
205 West Randolph Street, 5th Floor
Chicago, IL 60606

# McGuire's II, L.L.C.

**Eight West Monroe St.**
**Suite 1407**
**Chicago, IL 60603**
**(312) 346-0911 FAX: (312) 346-0988**



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/16/2004 | 8892 |

| BILL TO |
|---------|
| BELL, BOYD & LLOYD |
| 70 WEST MADISON STREET |
| THREE FIRST NATIONAL PLAZA |
| SUITE 3000 |
| CHICAGO, IL 60602 |

| SHIP TO |
|---------|
| JOHN ROACH |

| JOB # | REPORTED BY |
|-------|-------------|
| 1129 | MBK |

| ITEM | HRS/PAGES | DESCRIPTION | RATE | AMOUNT |
|------|-----------|-------------|------|--------|
| ATTENDA... | 4 | DEPOSITION ATTENDANCE | 60.00 | 240.00 |
| NIGHT DE... | 4 | ATTENDANCE AFTER 5:00 P.M. | 82.50 | 330.00 |
| ORGDEP | 341 | ORIGINAL TRANSCRIPT, REGULAR DELIVERY | 3.30 | 1,125.30 |
| ASCII | | Ascii | 20.00 | 20.00 |
| COND TR... | | Condensed Transcript | 25.00 | 25.00 |
| DISCOUNT | | | -90.00 | -90.00 |
| TRANSPO... | | PARKING-TAXIS | 10.00 | 10.00 |
| | | NIGHT ATTENDANCE FEE WAIVED PER J.R. McGUIRE | | |
| | | FARLEY VS ANDREWS DEP OF MARISSA GACKOWSKI \11-5-2004 | | |

FEIN: 36-442-3549

| **Total** | $1,660.30 |
|-----------|-----------|

*Marissa Gackowski*



**Rosenberg / Veritext Chicago Reporting Co.**
1 N. LaSalle Street - Suite 2101
Chicago, IL 60602
312-442-9087    800-248-3290

(RDS)

| | |
|---|---|
| Job #: | 050120WS |
| Job Date: | 01/20/2005 |
| Order Date: | 01/20/2005 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |



| | |
|---|---|
| **Invoice #:** | 3621 |
| **Inv.Date:** | 01/28/2005 |
| **Balance:** | $0.00 |

**Bill To:**
John Roache, Esq.
Bell Boyd & Lloyd LLC
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, IL 60602

| | |
|---|---|
| **Action:** | **Fairley** |
| | vs |
| | **Andrews** |
| **Action #:** | **03C5207** |
| **Rep:** | **WS** |
| **Cert:** | |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | Deposition Attend. - W/T | Hours | 7.50 | $45.00 | $0.00 | $337.50 |
| 2 | Robert Hodge | Deposition Transcript - Original | Pages | 159 | $3.30 | $0.00 | $524.70 |
| 3 | Robert Hodge | Signature Procurement Charge | Each | 1.00 | $15.00 | $0.00 | $15.00 |
| 4 | Robert Hodge | Word Index | Pages | 15 | $1.15 | $0.00 | $17.25 |
| 5 | | Delivery & Handling Local | Each | 1.00 | $10.00 | $0.00 | $10.00 |

**Comments:**

Thank You !!

| | |
|---|---|
| Sub Total | $904.45 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $904.45 |
| Payment | $904.45 |
| **Balance Due** | $0.00 |

Federal Tax I.D.: 06-1703205 | **Terms:** Net 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
John Roache, Esq.
Bell Boyd & Lloyd LLC
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, IL 60602

**Deliver To:**
John Roache, Esq.
Bell Boyd & Lloyd LLC
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, IL 60602

**Invoice**



**Rosenberg / Veritext Chicago Reporting Co.**
1 N. LaSalle Street - Suite 2101
Chicago, IL 60602
312-442-9087    800-248-3290

(RDS)

| | |
|---|---|
| **Invoice #:** | 3621 |
| **Inv.Date:** | 01/28/2005 |
| **Balance:** | $0.00 |
| **Job #:** | 050120WS |
| **Job Date:** | 01/20/2005 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |