# EXHIBIT E

# INVOICE

| | | |
|---|---|---|
| **SHIP TO** | JOEL GRISWOLD<br>BELL BOYD & LLOYD<br>70 W. MADISON<br>SUITE 1700<br>CHICAGO IL 60602 | **CUSTOMER ACCOUNT NUMBER**: 362530<br>**INVOICE NUMBER**: 63899797<br>**INVOICE DATE**: 11/29/04 |
| **BILL TO** | ATTN.: EILEEN SCHUSTER<br>BELL BOYD & LLOYD<br>70 W. MADISON<br>SUITE 1700<br>CHICAGO IL 60602 | **AMT. ENCLOSED**<br><br>**PLEASE SEND PAYMENT TO:**<br>Pitney Bowes Management Services<br>P.O. Box 845801<br>Dallas, TX<br>75284-5801 |

(Detach here and send this portion with your payment)

PAGE: 1

**PLEASE DIRECT ADDRESS CHANGES AND INQUIRIES TO:**
PBMS - Chicago
205 NORTH MICHIGAN AVE.
3RD FLOOR
CHICAGO IL 60601
( 729-0701

**SPECIAL MESSAGES**

**PAYMENT DUE UPON RECEIPT**

**RETAIN THIS PORTION FOR YOUR RECORDS**

| CUSTOMER ACCOUNT | 362530 |
|---|---|
| SALESPERSON NAME | ROBERTSON, COURTNEY-LOVE |
| INVOICE NUMBER | 63899797 |
| INVOICE DATE | 11/29/04 |
| ORDER DATE | 11/23/04 |
| P.O. NUMBER | 0115803-00001 |

| QUANTITY/ (ORIGINALS) | # OF COPIES | TOTAL QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 204102.00 | 1 | 204102.00 | LITIGATION LABELS AFFIXED | .0300 | 6,123.06 |
| 145.50 | 1 | 145.50 | HOLIDAY OVERTIME WORKED | 37.5000 | 5,456.25 |
| | | | Subtotal | | 11,579.31 |
| | | | Total Taxes | | |
| | | | Total | | 11,579.31 |

Email: copycenterchicago@BellBgd.com

Invoices payable upon receipt. Invoices outstanding in excess of 30 days from invoice date are subject to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**