# EXHIBIT C

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Mr. Alastar S. McGrath
Alastar S. McGrath
227 West Monroe Street
Suite 2000
Chicago, IL 60606

| Invoice Date |
|---|
| 1/10/2005 |

| Invoice Number |
|---|
| 3843 |

10/23/200

Page
1 of 1

Please reference this number
when remitting

| Date Taken | Reference | Charges |
|---|---|---|
| | RE: Fairley vs. Andrews   03 C 5207 / MK / 2614 | |
| | ******* Invoice is over 120 days past due! ******* | |
| 12/21/2004 | Dep.of: Dennis Andrews, 238 pp<br>Reporter: Mary Kelly<br><br>Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $618.80 |

*Paid*
*Check No. 1080*

Payments to Date: $618.80

Total Balance Due $0.00

# BAKER, FENNELL & ASSOCIATES, INC.

P. O. BOX 0787
CHICAGO, ILLINOIS 60690
(312) 386-1225 * FAX (312) 386-1226

TAX ID NO. 36-3526427

Mr. Alastar S. McGrath
Alastar S. McGrath
227 West Monroe Street
Suite 2000
Chicago, IL 60606



| Invoice Date | |
|---|---|
| 5/24/2005 | 10/23/200 |
| Invoice Number | |
| 3987 | Page 1 of 1 |

Please reference this number when remitting

| Date Taken | Reference | Charges |
|---|---|---|
|  | RE: Fairley vs. Andrews   03 C 5207 / MN / 2684 | |
|  | ****** Invoice is over 120 days past due! ******* | |
|  | Dep.of: Bumjoon Park, 147 pp | |
|  | Reporter: Maureen K. Nagle | |
| 5/13/2005 | Copy and condensed - regular delivery.<br>Ascii disk (no charge) | $382.20 |

*Paid*
*Check No. 1137*

Payments to Date: $382.20

Total Balance Due $0.00

# INVOICE

**JENSEN REPORTING**
*Whenever you need it. Whatever it takes.*
205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116002*** | 1/31/2005 | 11871 |
| Job Date | Case No. | |
| 12/9/2004 | 03 C 5207 | |
| Case Name | | |
| Fairley vs. Andrews | | |
| Payment Terms | | |
| Due upon receipt | | |

Alastar S. McGrath
Law Offices of Alastar S. McGrath, PC
227 West Monroe Street
Suite 2000
Chicago, IL 60606

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Ronald Prohaska      131.00 Pages      288.20
       Exhibit Handling      10.00
       Courier      10.00

TOTAL DUE >>>      $308.20

Do Not Pay / Check Ready 1-31-05

(-) Payments/Credits:      308.20
(+) Finance Charges/Debits:      0.00
(=) New Balance:      $0.00

Tax ID: 36-3811129      Phone: 312-907-0653   Fax:

*Please detach bottom portion and return with payment.*

Alastar S. McGrath
Law Offices of Alastar S. McGrath, PC
227 West Monroe Street
Suite 2000
Chicago, IL 60606

Invoice No.   : 116002***
Invoice Date : 1/31/2005
**Total Due**   : **$ 0.00**

Remit To: Jensen Reporting
          205 West Randolph Street, 5th Floor
          Chicago, IL 60606

Job No.   : 11871
BU ID    : 1-MAIN
Case No.  : 03 C 5207
Case Name : Fairley vs. Andrews

By ordering this transcript, the law firm and/or agency ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this invoice is not contingent on him or her first receiving payment from his, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts as he, his or her part to be reimbursed for this transcript, if applicable, from his, his or her client.

# STEPHENS REPORTING. LTD.

166 West Washington Street, Suite 620
Chicago, IL 60602-3593
312-456-0610

# Invoice

Tax I.D. 36-4230448

| BILL TO |
|---|
| Mr. Alastar Sean McGrath |
| 227 West Monroe Street |
| Suite 2000 |
| Chicago, Illinois 60606 |

| DATE | INVOICE # |
|---|---|
| 8/31/2005 | KD4795 |

| TERMS | Net 30 | DUE DATE |
|---|---|---|
| | | 9/30/2005 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Taken: August 17, 2005 | | | |
| Case No. 03-C-5207 | | | |
| FAIRLEY VS. ANDREWS | | | |
| Deposition of Stephen A. Gackowski | | | |
| Reported by K. Duffee | | | |
| | | | |
| Deposition Attendance Hours - 2 Hour Minimum | 2 | 50.00 | 100.00 |
| Regular Delivery - Original Deposition Transcript | 121 | 3.25 | 393.25 |
| Certified Questions - per page | 8 | 3.25 | 26.00 |
| ASCII Diskette - per deposition per day | 1 | 15.00 | 15.00 |

*Pd 12/30/05*

A $15 late charge will be added each month past due.

**Total**

*IF THIS INVOICE DOES NOT AGREE WITH YOUR RECORDS, PLEASE CALL OUR OFFICE IMMEDIATELY. REMEMBER TO INDICATE YOUR INVOICE NUMBER ON YOUR REMITTANCE.*